HENRY WADE v. STATE.

No. A-3421.   Opinion Filed May 11, 1920.

(189 Pac. 759.)

Appeal from District Court, Tulsa County; N. E. McNeill, Judge.

Henry Wade was convicted under the enhanced penalty act of the prohibitory liquor law (Laws 1913, c. 26), and sentenced to serve a term of five years' imprisonment in the state penitentiary and to pay a fine of $50, and he appeals. Reversed and remanded.

D. M. Martindale, for plaintiff in error.

S. P. Freeling, Atty. Gen., and W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. This is a companion case to the cast of Lindsey Coleman v. State (No. A-3422) 17 Okla. Cr. 716, 189 Pac. 759, this day decided. The questions involved in this appeal are identical with those involved in the appeal in the Coleman Case, and the Attorney General had also filed in this case a brief in the nature of a confession of error upon the same ground as in the Coleman Case. For the reasons stated by this court in the opinion in the case of Lindsey Coleman v. State. No. A-3422, the judgment of conviction in this case is reversed, and the cause remanded to the district court of Tulsa county for further procedings not inconsistent with the opinion rendered in the case of Lindsey Coleman v. State, supra.